# Exhibit A
# List of Involved Parties

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| CINEMARK HOLDINGS, INC.; CINEMARK USA, INC.; CNMK TEXAS PROPERTIES, LLC; CENTURY THEATERS, INC.; CINEMARK PARTNERS II, LTD.; GREELEY, LTD.; and LAREDO THEATRE, LTD.<br><br>　　　Plaintiffs,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>　　　Defendant. | CIVIL ACTION NO. 2:20-CV-392 |

**DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL**

**EXHIBIT A: LIST OF PARTIES AND PARTY TYPE**

Plaintiff:     Cinemark Holdings, Inc.

Plaintiff:     Cinemark USA, Inc.

Plaintiff:     CNMK Texas Properties, LLC

Plaintiff:     Century Theaters, Inc.

Plaintiff:     Cinemark Partners II, Ltd.

Plaintiff:     Greeley, Ltd.

Plaintiff:     Laredo Theatre, Ltd.


Defendant:    Factory Mutual Insurance Company